IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:05cr00309-01 JMM

CESAR A. GUTIERREZ

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on March 12, 2008 (docket entry #48), is amended to correct a clerical error. An additional condition of supervised release announced on record was omitted from the judgment. In the event the defendant is deported after serving his period of incarceration, a special condition of supervised release is imposed where he will not be allowed to return the United States illegally during the period of his supervised release. If he does return illegally, it will be considered a violation of his supervised release

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 21st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE